UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -X

STACY SENAT,

                              Plaintiff,

        ORDER OF
        DISCONTINUANCE

- against -

        CV 2006-1584 (NG)(MDG)

FEDERAL BUREAU OF INVESTIGATION, et al.,

                            Defendants.

- - - - - - - - - - - - - - - - - - - -X

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ JUN 1 8 2007 ★
P.M. _____
TIME A.M. _____

      The parties having entered into a settlement on the record before the Court on June 8, 2007 subject to agreement by Mitchell Kay, prior counsel for plaintiff, to the terms of the settlement; and Mitchell Kay having advised Magistrate Judge Go that he agrees to the terms of the settlement, it is hereby

      ORDERED, that this action is discontinued, with prejudice and without costs to any party, but without prejudice to enforcement of the terms of the settlement in any Court having jurisdiction over the action.

Dated:  Brooklyn, New York
       June 14, 2007

                                          s/ NG
                                   NINA GERSHON
                                   UNITED STATES DISTRICT JUDGE